

# IN THE
# TENTH COURT OF APPEALS

—————————

## No. 10-13-00434-CV

## IN RE REPUBLIC WASTE SERVICES OF TEXAS, LTD., D/B/A DUNCAN DISPOSAL

—————————

## Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
        (Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed January 9, 2014
[OT06]